```
FILED
June 17, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001900955
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### Sacramento DIVISION
### AMENDED 6/17/09

In re   Paul Sandner Moller              Case No.  2009-29936
        and                               Chapter   11
        Rosa Maria Moller

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Department of the Treasury "A"<br>Internal Revenue Service<br>Ogden UT  84201-0039 | Phone:<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden UT  84201-0039 | Taxes | | $ 372,173.00 |
| 2<br>Internal Revenue Service "A"<br>PO Box 21126<br>Philadelphia PA   19114 | Phone:<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA   19114 | Taxes | | $ 129,224.27 |
| 3<br>John Britton<br>3741 Douglas Blvd. Ste. 380<br>Roseville CA   95661 | Phone:<br>John Britton<br>3741 Douglas Blvd. Ste. 380<br>Roseville CA   95661 | Legal Fees | | $ 103,963.00 |
| 4<br>Alicia Bugarin<br>9090 Approach Ct<br>Fair Oaks CA   95628 | Phone:<br>Alicia Bugarin<br>9090 Approach Ct<br>Fair Oaks CA   95628 | Personal loan | | $ 100,000.00 |
| 5<br>U.S. Bank<br>PO Box 790408<br>Saint Louis MO   63179 | Phone:<br>U.S. Bank<br>PO Box 790408<br>Saint Louis MO   63179 | Credit Card Purchases | | $ 61,201.00 |

,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Phone:<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Credit Card Purchases | | $ 35,995.00 |
| 7<br>Wells Fargo "A"<br>WF Business Direct<br>PO Box 348750<br>Sacramento CA  95834 | Phone:<br>Wells Fargo<br>WF Business Direct<br>PO Box 348750<br>Sacramento CA  95834 | Business Credit Card | | $ 29,512.00 |
| 8<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Phone:<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Credit Card Purchases | | $ 26,987.00 |
| 9<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine IL  60094-4014 | Phone:<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine IL  60094-4014 | Credit Card Purchases | | $ 26,086.00 |
| 10<br>Franchise Tax Board "A"<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento CA  95812-2952 | Phone:<br>Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento CA  95812-2952 | Taxes | | $ 20,000.00 |
| 11<br>State of CA- EDD "A"<br>Central Collection Division<br>PO Box 826880<br>Sacramento CA  94280 | Phone:<br>State of CA- EDD<br>Central Collection Division<br>PO Box 826880<br>Sacramento CA  94280 | Payroll Taxes | | $ 14,352.00 |
| 12<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Phone:<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Credit Card Purchases | | $ 12,749.00 |
| 13<br>Citibank<br>PO Box 6408<br>The Lakes NV  88901 | Phone:<br>Citibank<br>PO Box 6408<br>The Lakes NV  88901 | Credit Card Purchases | | $ 10,439.00 |

B4 (Official Form 4) (12/07)

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Bank of America<br>PO Box 851001<br>Dallas TX   75285-1001 | Phone:<br>Bank of America<br>PO Box 851001<br>Dallas TX   75285-1001 | Credit Card Purchases | | $ 10,115.00 |
| 15<br>Wells Fargo Card Services "A"<br>PO Box 10347<br>Des Moines IA   50306 | Phone:<br>Wells Fargo Card Services<br>PO Box 10347<br>Des Moines IA   50306 | Business Credit Card | | $ 8,791.00 |
| 16<br>AT&T Universal<br>PO Box 6940<br>The Lakes NV   88901-6940 | Phone:<br>AT&T Universal<br>PO Box 6940<br>The Lakes NV   88901-6940 | Credit Card Purchases | | $ 8,700.00 |
| 17<br>Capital One<br>PO Box 60599<br>City of Industry CA   91716 | Phone:<br>Capital One<br>PO Box 60599<br>City of Industry CA   91716 | Credit Card Purchases | | $ 8,000.00 |
| 18<br>Discover<br>PO Box 6103<br>Carol Stream IL   60197 | Phone:<br>Discover<br>PO Box 6103<br>Carol Stream IL   60197 | Credit Card Purchases | | $ 6,950.00 |
| 19<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine IL   60094-4014 | Phone:<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine IL   60094-4014 | Credit Card Purchases | | $ 3,550.00 |

B4 (Official Form 4) (12/07)

_____ ,
                                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *6/17/2009*      Signature  */s/ Paul Sandner Moller*
                               Name:    *Paul Sandner Moller*

Date: *6/17/2009*      Signature  */s/ Rosa Maria Moller*
                               Name:    *Rosa Maria Moller*