FILED
July 13, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D53

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Paul Sandner Moller and Rosa Maria Moller | **Case No :** | 09-29936 - C - 11 |
| | | **Date :** | 7/7/09 |
| | | **Time :** | 9:30 |
| **Matter :** | [13] – Order to Show Cause – Failure to File Documents as Transmitted to BNC for Service Re: Chapter 11 Means Test . Hearing to be held on 7/7/2009 at 09:30 AM at Sacramento Courtroom 35, Department C. (nkrs) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
  Debtor(s) Attorney – Doris McCready
  Creditor – Walter Dahl

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the Order to Show Cause is discharged.

Dated: July 11, 2009

_____
United States Bankruptcy Judge