

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**7/13/09**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

stps

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:  09-29936 - C - 11

Debtor Name(s), Social Security Number(s), and Address(es):

Paul Sandner Moller
xxx-xx-6752
68-0006075
9350 Currey Rd
Dixon, CA 95620

Rosa Maria Moller
xxx-xx-2340

9350 Currey Rd
Dixon, CA 95620

**NOTICE IS HEREBY GIVEN THAT:**

An order discharging the Order to Show Cause was entered on the docket in this case on July 13, 2009. The document number and docket text for this order are set forth below.

   [53] - Order Discharging [13] Order to Show Cause - Failure to File Documents (stps)

This case will remain pending.

Dated:
7/13/09

For the Court,
Richard G. Heltzel , Clerk