Official Form 1 (1/08)

**FILED**

**July 31, 2009**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001993366

# United States Bankruptcy Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Moller, Paul Sandner** | Name of Joint Debtor (Spouse)(Last, First, Middle): **Moller, Rosa Maria** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **aka Rosa Maria Berninsone** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6752/68-0006075** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2340** |
| Street Address of Debtor (No. & Street, City, and State): **9350 Currey Rd.** **Dixon CA** ZIPCODE **95620** | Street Address of Joint Debtor (No. & Street, City, and State): **9350 Currey Rd.** **Dixon CA** ZIPCODE **95620** |
| County of Residence or of the Principal Place of Business: **Solano** | County of Residence or of the Principal Place of Business: **Solano** |
| Mailing Address of Debtor (if different from street address): **SAME** ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **SAME** ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **SAME** ZIPCODE | |

| Type of Debtor (Form of organization) (Check **one** box.) | Nature of Business (Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☐ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☒ Other **Research & Development** | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 9 <br> ☒ Chapter 11 <br> ☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br> ☐ Chapter 13 |

**Tax-Exempt Entity** (Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"     ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**

☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

THIS SPACE IS FOR COURT USE ONLY

## Statistical/Administrative Information

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> *Paul Sandner Moller and* <br> *Rosa Maria Moller* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed: <br> *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor: <br> *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____  *07/31/2009* <br> Signature of Attorney for Debtor(s)                     Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Paul Sandner Moller and* |
| | *Rosa Maria Moller* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Paul Sandner Moller*
Signature of Debtor

**X** */s/ Rosa Maria Moller*
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*07/31/2009*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*07/31/2009*
(Date)

### Signature of Attorney*

**X** */s/ William S. Bernheim*
Signature of Attorney for Debtor(s)

*William S. Bernheim 56555*
Printed Name of Attorney for Debtor(s)

*Bernheim, Gutierrez & McCready*
Firm Name

*255 N. Lincoln Street*
Address

*Dixon CA  95620*

*707-678-4447*
Telephone Number

*07/31/2009*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*07/31/2009*
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

In re   Moller, Paul S. and Rosa Maria
                Debtor(s)

Case number:   2009-29936
              (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME
## Amended 07/23/2009

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly.

Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☒ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $6,450.00 |
| 3 | **Net Income from the operation of a business, profession, or farm.**    Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$311.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$2,421.00</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $0.00 | $0.00 |
| 4 | **Net rental and other real property income.**    Subtract Line b from Line a and enter the difference in the appropriate colmun(s) of Line 4. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$13,000.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$200.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $12,800.00 | $0.00 |
| 5 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| 6 | **Pension and retirement income.** | $1,626.00 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $0.00 | $0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $0.00</td><td>Spouse $0.00</td></tr></table> | $0.00 | $0.00 |

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | | a. | 0 | |
| | | b. | 0 | |
| | Total and enter on Line 9 | | $0.00 | $0.00 |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | $14,426.00 | $6,450.00 |
| 11 | **Total current monthly income.** If column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | $20,876.00 |

## Part II: VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: _____  Signature: _/s/ Paul Sandner Moller_____<br>(Debtor)<br>Date: _____  Signature: _/s/ Rosa Maria Moller_____<br>(Joint Debtor, if any ) |
|---|---|

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re *Paul Sandner Moller and Rosa Maria Moller*

Case No. *2009-29936*
Chapter *11*

_____ / Debtor

# SUMMARY OF SCHEDULES
## Amended 07/23/2009

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 7,740,000.00 | | |
| B-Personal Property | Yes | 5 | $ 46,436,424.16 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 3 | | $ 5,883,144.73 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 163,576.27 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 1,044,978.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 0 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 19,436.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 51,387.00 |
| TOTAL | | 20 | $ 54,176,424.16 | $ 7,091,699.00 | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In re *Paul Sandner Moller and Rosa Maria Moller*

Case No. *2009-29936*

Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *Paul Sandner Moller and Rosa Maria Moller*
_____
                    Debtor

Case No. *2009-29936*
_____
                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## Amended 07/23/2009

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____21_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____

Signature _____
                    *Paul Sandner Moller*

Date: _____

Signature _____
                    *Rosa Maria Moller*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re *Paul Sandner Moller and Rosa Maria Moller*                  ,          Case No. *2009-29936*
                                    Debtor(s)                                                                      (if known)

# SCHEDULE A-REAL PROPERTY
## Amended 07/23/2009

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *1222 Research Park Dr, Davis CA 95618 Commercial Property* | *Joint Tenants* | J | $ 4,900,000.00 | $ 4,000,000.00 |
| *9350 Currey Rd, Dixon CA 95620 Residence* | *Fee Simple* | H | $ 1,500,000.00 | $ 977,749.00 |
| *9341 Currey Rd, Dixon CA 95620* | *Fee Simple* | H | $ 1,250,000.00 | $ 883,924.00 |
| *172 Avenue Sporting, Vina Del Mar, Chile South America* *Nature of Interest continued: .. following a life estate held by aunt of Rosa Maria Moller.* | *Remainder Interest* | W | $ 90,000.00 | $ 16,458.00 |

No continuation sheets attached

## TOTAL $    *7,740,000.00*
**(Report also on Summary of Schedules.)**

In re  _Paul Sandner Moller and Rosa Maria Moller_  ,  Case No. _2009-29936_

Debtor(s)  (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/23/2009

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash<br>Location: In debtor's possession | C | $ 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | (As of 5/18/09)<br>Location: In debtor's possession | C | $ 1,205.85 |
| | | Account ending in 8035<br>Location: In debtor's possession | C | $ 25,030.31 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Computer and TV<br>Location: In debtor's possession | C | $ 5,000.00 |
| | | Household Goods<br>General and customary<br>Location: In debtor's possession | C | $ 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes<br>Location: In debtor's possession | C | $ 3,000.00 |
| 7. Furs and jewelry. | | Jewelry<br>Location: In debtor's possession | C | $ 2,000.00 |

In re <u>Paul Sandner Moller and Rosa Maria Moller</u>,    Case No. <u>2009-29936</u>

         Debtor(s)                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/23/2009
### (Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Quail Oaks Ranch* *Almond & Butter business* Location: In debtor's possession | H | $ 60,000.00 |
| | | *Stock- Freedom Motors* Location: In debtor's possession | C | $ 33,982,950.00 |
| | | *Stock- Moller International* Location: In debtor's possession | C | $ 4,444,994.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | *Units- Milk Farm Associates, LP* Location: In debtor's possession | H | $ 860,137.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *Freedom Motors* Location: In debtor's possession | C | $ 100.00 |
| | | *Loans- Moller International* Location: In debtor's possession | C | $ 6,918,877.00 |
| | | *Accounts Receivable* Location: In debtor's possession | C | $ 100.00 |

In re <u>*Paul Sandner Moller and Rosa Maria Moller*</u> ,    Case No. *2009-29936*
          Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/23/2009
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | *U.S. Patent 6,164,942* *Rotary engine having enhanced charge cooling and lubrication* *Assignee: Moller International* *Location: In debtor's possession* | H | $ 1.00 |
| | | *U.S. Patent 6,325,603* *Charged cooled rotary engine* *Assignee: Moller International* *Location: In debtor's possession* | H | $ 1.00 |
| | | *U.S. Patent 6,450,445* *Stabilizing control appartus for robotic or remotley controlled flying platform* *Assignee: Moller International, Inc.* *Location: In debtor's possession* | H | $ 1.00 |
| | | *U.S. Patent 6,808,140* *Vertical take-off and landing vehicles* *Location: In debtor's possession* | H | $ 1.00 |
| | | *U.S. Patent D498,201* *Vertical takeoff and landing aircraft* | H | $ 1.00 |

In re _Paul Sandner Moller and Rosa Maria Moller_ ,    Case No. _2009-29936_
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/23/2009
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Assignee: Moller Internationl, Inc. Location: In debtor's possession | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 2002 BMW Location: In debtor's possession | C | $ 11,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | Organic Almond Butter Location: In debtor's possession | C | $ 60,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | Almonds Growing Location: In debtor's possession | C | $ 40,000.00 |
| 33. Farming equipment and implements. | | Farm Equipment Location: In debtor's possession | C | $ 20,000.00 |
| 34. Farm supplies, chemicals, and feed. | | Fuel Location: In debtor's possession | C | $ 1,000.00 |

In re _Paul Sandner Moller and Rosa Maria Moller_ ,        Case No. _2009-29936_

Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/23/2009
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | | | Total ➡ | $ 46,436,424.16 |
|---|---|---|---|---|---|

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _Paul Sandner Moller and Rosa Maria Moller_ ,      Case No. _2009-29936_
_____
          Debtor(s)                                                                     (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
### Amended 07/23/2009

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _9350 Currey Rd, Dixon CA 95620_ | _Calif. C.C.P. §704.730(a)(3)_ | $ 150,000.00 | $ 1,500,000.00 |
| _Account Ending in 1510_ | _Calif. C.C.P. §704.080(b)(2)_ | $ 1,205.85 | $ 1,205.85 |
| _Computer_ | _Calif. C.C.P. □704.020(a)_ | $ 5,000.00 | $ 5,000.00 |
| _Household Goods_ | _Calif. C.C.P. □704.020(a)_ | $ 1,000.00 | $ 1,000.00 |
| _Clothes_ | _Calif. C.C.P. §704.020(a)_ | $ 3,000.00 | $ 3,000.00 |
| _Jewelry_ | _Calif. C.C.P. §704.040_ | $ 2,000.00 | $ 2,000.00 |
| _2002 BMW_ | _Calif. C.C.P. §704.010_ | $ 2,550.00 | $ 11,000.00 |
| _Farm Equipment_ | _Calif. C.C.P. §704.060_ | $ 6,250.00 | $ 20,000.00 |
| _Fuel_ | _Calif. C.C.P. §704.060_ | $ 500.00 | $ 1,000.00 |

In re _Paul Sandner Moller and Rosa Maria Moller_ , Case No. _2009-29936_
Debtor(s)

(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 07/23/2009

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 5407<br>Creditor # : 1<br>Bay Area Financial<br>12400 Wilshire Blvd  Ste. 230<br>Los Angeles CA 90025 | C | Unknown<br><br>9350 Currey Rd, Dixon CA 95620<br><br>Value: $ 1,500,000.00 | | | | $ 312,218.00 | $ 0.00 |
| Account No: 9877<br>Creditor # : 2<br>BMW Bank of North America   "A"<br>PO Box 78066<br>Phoenix AZ 85062-8066 | C | 2002<br>Car Loan<br><br>Value: $ 11,000.00 | | | | $ 5,013.73 | $ 0.00 |
| Account No: 9531<br>Creditor # : 3<br>Capitol Region Equities   "A"<br>Ed or Dana Foss<br>9341 Currey Rd<br>Dixon CA 95620 | C | Oct. 2007<br><br>9341 Currey Rd, Dixon CA 95620<br><br>Value: $ 1,250,000.00 | | | | $ 350,000.00 | $ 0.00 |

2  continuation sheets attached

Subtotal $ (Total of this page) | $ 667,231.73 | $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re _Paul Sandner Moller and Rosa Maria Moller_ ,            Case No. _2009-29936_
                    **Debtor(s)**                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 07/23/2009

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _N/A_ <br><br> _Creditor # : 4_ <br> _Dana & Edward Foss_ <br> _9341 Currey Rd_ <br> _Dixon CA 95620_ | C | _May 2007_ <br><br> _9341 Currey Rd, Dixon CA 95620_ <br><br><br> Value: $ _1,250,000.00_ | | | | $ _225,000.00_ | $ _0.00_ |
| Account No: _8092_ <br><br> _Creditor # : 5_ <br> _Exchange Bank_ <br> _PO Box 760_ <br> _Santa Rosa CA 95402_ | J | _January 2007_ <br><br> _1222 Research Park Dr, Davis CA 95618_ <br><br> Value: $ _4,900,000.00_ | | | | $ _3,300,000.00_ | $ _0.00_ |
| Account No: _n/a_ <br><br> _Creditor # : 6_ <br> _Lucia Napoli Cosmeli_ <br> _172 Avenue Sporting_ <br> _Vina Del Mar Chile South_ <br> _America 2560989_ | C | _2005_ <br> _Life Estate_ <br> _172 Avenue Sporting, Vina Del Mar, Chile South America_ <br><br> Value: $ _90,000.00_ | | | | $ _16,458.00_ | $ _0.00_ |
| Account No: _0828_ <br><br> _Creditor # : 7_ <br> _Morgan Stanley_ <br> _PO Box 163405_ <br> _Fort Worth TX 76161_ | C | _May 2003_ <br><br> _9350 Currey Rd, Dixon CA 95620_ <br><br><br> Value: $ _1,500,000.00_ | | | | $ _390,208.00_ | $ _0.00_ |
| Account No: _4003_ <br><br> _Creditor # : 8_ <br> _Sterling Pacific_ <br> _1205 Freedom Blvd Suite 2_ <br> _Watsonville CA 95076_ | C | _April 2007_ <br><br> _1222 Research Park Dr, Davis CA 95618_ <br><br> Value: $ _4,900,000.00_ | | | | $ _700,000.00_ | $ _0.00_ |
| Account No: _8991_ <br><br> _Creditor # : 9_ <br> _U.S. Bank_ <br> _PO Box 64799_ <br> _Saint Paul MN 55164_ | C | _Unknown_ <br><br> _9350 Currey Rd, Dixon CA 95620_ <br><br><br> Value: $ _1,500,000.00_ | | | | $ _166,323.00_ | $ _0.00_ |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ _4,797,989.00_ | $ _0.00_ |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _Paul Sandner Moller and Rosa Maria Moller_ _____ ,    Case No. _2009-29936_ _____
          **Debtor(s)**                                                            **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 07/23/2009

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| **Account No:**<br><br>_Creditor # : 10_<br>_Victoria Schlechter_<br>_642 Jerome Street_<br>_Davis CA 95616_ | C | _Unknown_<br><br>_9350 Currey Rd, Dixon CA 95620_<br><br>Value: _$ 1,500,000.00_ | | | | $ 109,000.00 | $ 0.00 |
| **Account No:** 7873<br><br>_Creditor # : 11_<br>_Washington Mutual_<br>_PO Box 78148_<br>_Phoenix AZ 85062_ | C | _Unknown_<br><br>_9341 Currey Rd, Dixon CA 95620_<br><br>Value: _$ 1,250,000.00_ | | | | $ 308,924.00 | $ 0.00 |
| **Account No:**<br><br><br> | | <br><br>Value: | | | | | |
| **Account No:**<br><br><br> | | <br><br>Value: | | | | | |
| **Account No:**<br><br><br> | | <br><br>Value: | | | | | |
| **Account No:**<br><br><br> | | <br><br>Value: | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | $ 417,924.00 | $ 0.00 |
| **Total $**<br>(Use only on last page) | $ 5,883,144.73 | $ 0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _Paul Sandner Moller and Rosa Maria Moller_ ,    Case No. _2009-29936_

**Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## Amended 07/23/2009

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_  **continuation sheets attached**

In re _Paul Sandner Moller and Rosa Maria Moller_ ,     Case No. _2009-29936_
        **Debtor(s)**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: _9572_<br>_Creditor # : 1_<br>_State of CA- EDD "A"_<br>_Central Collection Division_<br>_PO Box 826880_<br>_Sacramento CA 94280_ | H | _Various_<br>_Payroll Taxes_<br>_Payroll Taxed owed by Moller_<br>_International_ | | | | $ _14,352.00_ | $ _10,950.00_ | $ _3,402.00_ |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| **Subtotal $**<br>(Total of this page) | _14,352.00_ | _10,950.00_ | _3,402.00_ |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

In re <u>Paul Sandner Moller and Rosa Maria Moller</u> ,       Case No. <u>2009-29936</u>
         **Debtor(s)**                                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No: *Creditor # : 2 Franchise Tax Board "A" Bankruptcy Unit PO Box 2952 Sacramento CA 95812-2952* | | *Taxes Personal, Moller International, and Freedom Motors* | | | | $ 20,000.00 | $ 20,000.00 | $ 0.00 |
| Account No: *Creditor # : 3 Internal Revenue Service "A" PO Box 21126 Philadelphia PA 19114* | J | *Since 6/30/07 Taxes Personal Taxes, Moller International and Freedom Motors* | | | | $129,224.27 | $129,224.27 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. <u>2</u> of <u>2</u> continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| **Subtotal $** (Total of this page) | *149,224.27* | *149,224.27* | *0.00* |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.) | *163,576.27* | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | *160,174.27* | *3,402.00* |

In re _Paul Sandner Moller and Rosa Maria Moller_ ,                 Case No. _2009-29936_
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 07/23/2009

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. *N/A*<br>*Creditor # : 1*<br>*Alicia Bugarin  "A"*<br>*9090 Approach Ct*<br>*Fair Oaks CA 95628* | C | *March 2003*<br>*Personal loan* | | | | $ 181,585.00 |
| Account No. *3456*<br>*Creditor # : 2*<br>*AT&T Universal*<br>*PO Box 6940*<br>*The Lakes NV 88901-6940* | C | *Unknown*<br>*Credit Card Purchases* | | | | $ 8,700.00 |
| Account No. *2453*<br>*Creditor # : 3*<br>*Bank of America*<br>*PO Box 851001*<br>*Dallas TX 75285-1001* | C | *Unknown*<br>*Credit Card Purchases* | | | | $ 35,995.00 |
| Account No. *7290*<br>*Creditor # : 4*<br>*Bank of America*<br>*PO Box 851001*<br>*Dallas TX 75285-1001* | C | *Unknown*<br>*Credit Card Purchases* | | | | $ 10,115.00 |

_3_ continuation sheets attached

| | |
|---|---|
| Subtotal $ | $ 236,395.00 |
| Total $<br>(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | |

In re _Paul Sandner Moller and Rosa Maria Moller_ ,     Case No. _2009-29936_

          **Debtor(s)**                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 07/23/2009

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. 1903<br>Creditor # : 5<br>Bank of America<br>PO Box 851001<br>Dallas TX 75285-1001 | C | Unknown<br>Credit Card Purchases | | | | $ 12,749.00 |
| Account No. 3476<br>Creditor # : 6<br>Bank of America<br>PO Box 851001<br>Dallas TX 75285-1001 | C | Unknown<br>Credit Card Purchases | | | | $ 26,987.00 |
| Account No. 4373<br>Creditor # : 7<br>Capital One<br>PO Box 60599<br>City of Industry CA 91716 | C | Unknown<br>Credit Card Purchases | | | | $ 8,000.00 |
| Account No. 0546<br>Creditor # : 8<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine IL 60094-4014 | C | Unknown<br>Credit Card Purchases | | | | $ 3,550.00 |
| Account No. 1520<br>Creditor # : 9<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine IL 60094-4014 | C | Unknown<br>Credit Card Purchases | | | | $ 26,086.00 |
| Account No. 2111<br>Creditor # : 10<br>Citibank<br>PO Box 6408<br>The Lakes NV 88901 | C | Unknown<br>Credit Card Purchases | | | | $ 10,439.00 |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 87,811.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Paul Sandner Moller and Rosa Maria Moller_ ,          Case No. _2009-29936_
          **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 07/23/2009

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 6075<br>Creditor # : 11<br>Department of the Treasury "A"<br>Internal Revenue Service<br>Ogden UT 84201-0039 | H | Various<br>Taxes | | | | $ 372,173.00 |
| Account No: 6741<br>Creditor # : 12<br>Discover<br>PO Box 6103<br>Carol Stream IL 60197 | C | Unknown<br>Credit Card Purchases | | | | $ 6,950.00 |
| Account No: 0143<br>Creditor # : 13<br>John Britton<br>3741 Douglas Blvd. Ste. 380<br>Roseville CA 95661 | C | November 2007<br>Legal Fees | | | | $ 103,963.00 |
| Account No:<br>Creditor # : 14<br>Patti Donlon "A"<br>65 College Park<br>Davis CA 95616 | C | 5/5/03<br>Loan Guarantee | | | | $ 138,182.00 |
| Account No: 8579<br>Creditor # : 15<br>U.S. Bank<br>PO Box 790408<br>Saint Louis MO 63179 | C | Unknown<br>Credit Card Purchases | | | | $ 61,201.00 |
| Account No: 3052<br>Creditor # : 16<br>Wells Fargo "A"<br>WF Business Direct<br>PO Box 348750<br>Sacramento CA 95834 | H | Unknown<br>Business Credit Card<br>Freedom Motors | | | | $ 29,512.00 |

Sheet No. _2_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 711,981.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Paul Sandner Moller and Rosa Maria Moller_ ,          Case No. _2009-29936_
 　　　　　　　 **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 07/23/2009

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   7212 Creditor # : 17 Wells Fargo Card Services "A" PO Box 10347 Des Moines IA 50306 | H | Unknown Business Credit Card Moller International | | | | $ 8,791.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 8,791.00 |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | Total $ | $ 1,044,978.00 |

In re _Paul Sandner Moller and Rosa Maria Moller_ ,    Case No. _2009-29936_
             **Debtor(s)**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _President_ | _Economist_ |
| Name of Employer | _Moller International_ | _State of California_ |
| How Long Employed | _32 years_ | _15 years_ |
| Address of Employer | _1222 Research Park Dr_ _Davis CA  95618_ | _900 N St._ _Sacramento CA  95814_ |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 6,450.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 6,450.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 1,568.00 |
|     b. Insurance | $ 0.00 | $ 240.00 |
|     c. Union dues | $ 0.00 | $ 71.00 |
|     d. Other (Specify): _Parking_ | $ 0.00 | $ 72.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 1,951.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 4,499.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 311.00 | $ 0.00 |
| 8. Income from real property | $ 13,000.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): _Social Security_ | $ 1,626.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 14,937.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 14,937.00 | $ 4,499.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 19,436.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_If I am able to sell Freedom Motors I will be able to erase all debts due to monies owed me (arruded wages)_

In re <u>Paul Sandner Moller and Rosa Maria Moller</u>,      Case No. <u>2009-29936</u>

       **Debtor(s)**      (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 45,376.00 |
|     a. Are real estate taxes included?   Yes ☒  No ☐ | | |
|     b. Is property insurance included?   Yes ☒  No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 700.00 |
|     b. Water and sewer | $ | 26.00 |
|     c. Telephone | $ | 127.00 |
|     d. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 417.00 |
| 4. Food | $ | 1,025.00 |
| 5. Clothing | $ | 83.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 83.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 8.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 33.00 |
|     e. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)  *9350 Currey Rd Property Tax* | $ | 423.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: | $ | 0.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 165.00 |
| 17. Other:  *Business* | $ | 2,421.00 |
|     Other:  *Net Rental/Other Rental Prop* | $ | 200.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 51,387.00 |
|     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 19,436.00 |
|     b. Average monthly expenses from Line 18 above | $ | 51,387.00 |
|     c. Monthly net income (a. minus b.) | $ | (31,951.00) |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# Sacramento DIVISION

In re  *Paul Sandner Moller*
       *and*
       *Rosa Maria Moller*
          *aka Rosa Maria Berninsone*

_____
                          Debtor(s)

Case No.  *2009-29936*
Chapter  *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Department of the Treasury "A"*<br>*Internal Revenue Service*<br>*Ogden UT  84201-0039* | Phone:<br>*Department of the Treasury A*<br>*Internal Revenue Service*<br>*Ogden UT  84201-0039* | *Taxes* | | $ *372,173.00* |
| 2<br>*Alicia Bugarin  "A"*<br>*9090 Approach Ct*<br>*Fair Oaks CA  95628* | Phone:<br>*Alicia Bugarin  A*<br>*9090 Approach Ct*<br>*Fair Oaks CA  95628* | *Personal loan* | | $ *181,585.00* |
| 3<br>*Patti Donlon  "A"*<br>*65 College Park*<br>*Davis CA  95616* | Phone:<br>*Patti Donlon  A*<br>*65 College Park*<br>*Davis CA  95616* | *Loan Guarantee* | | $ *138,182.00* |
| 4<br>*Internal Revenue Service "A"*<br>*PO Box 21126*<br>*Philadelphia PA  19114* | Phone:<br>*Internal Revenue Service A*<br>*PO Box 21126*<br>*Philadelphia PA  19114* | *Taxes* | | $ *129,224.27* |
| 5<br>*John Britton*<br>*3741 Douglas Blvd. Ste. 380*<br>*Roseville CA  95661* | Phone:<br>*John Britton*<br>*3741 Douglas Blvd. Ste. 380*<br>*Roseville CA  95661* | *Legal Fees* | | $ *103,963.00* |

_____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>U.S. Bank<br>PO Box 790408<br>Saint Louis MO  63179 | Phone:<br>U.S. Bank<br>PO Box 790408<br>Saint Louis MO  63179 | Credit Card Purchases | | $ 61,201.00 |
| 7<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Phone:<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Credit Card Purchases | | $ 35,995.00 |
| 8<br>Wells Fargo  "A"<br>WF Business Direct<br>PO Box 348750<br>Sacramento CA  95834 | Phone:<br>Wells Fargo A<br>WF Business Direct<br>PO Box 348750<br>Sacramento CA  95834 | Business Credit Card | | $ 29,512.00 |
| 9<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Phone:<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Credit Card Purchases | | $ 26,987.00 |
| 10<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine IL  60094-4014 | Phone:<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine IL  60094-4014 | Credit Card Purchases | | $ 26,086.00 |
| 11<br>Franchise Tax Board "A"<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento CA  95812-2952 | Phone:<br>Franchise Tax Board A<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento CA  95812-2952 | Taxes | | $ 20,000.00 |
| 12<br>State of CA- EDD "A"<br>Central Collection Division<br>PO Box 826880<br>Sacramento CA  94280 | Phone:<br>State of CA- EDD A<br>Central Collection Division<br>PO Box 826880<br>Sacramento CA  94280 | Payroll Taxes | | $ 14,352.00 |
| 13<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Phone:<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Credit Card Purchases | | $ 12,749.00 |

_____ ,
                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Citibank<br>PO Box 6408<br>The Lakes NV  88901 | Phone:<br>Citibank<br>PO Box 6408<br>The Lakes NV  88901 | Credit Card Purchases | | $ 10,439.00 |
| 15<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Phone:<br>Bank of America<br>PO Box 851001<br>Dallas TX  75285-1001 | Credit Card Purchases | | $ 10,115.00 |
| 16<br>Wells Fargo Card Services "A"<br>PO Box 10347<br>Des Moines IA  50306 | Phone:<br>Wells Fargo Card Services A<br>PO Box 10347<br>Des Moines IA  50306 | Business Credit Card | | $ 8,791.00 |
| 17<br>AT&T Universal<br>PO Box 6940<br>The Lakes NV  88901-6940 | Phone:<br>AT&T Universal<br>PO Box 6940<br>The Lakes NV  88901-6940 | Credit Card Purchases | | $ 8,700.00 |
| 18<br>Capital One<br>PO Box 60599<br>City of Industry CA  91716 | Phone:<br>Capital One<br>PO Box 60599<br>City of Industry CA  91716 | Credit Card Purchases | | $ 8,000.00 |
| 19<br>Discover<br>PO Box 6103<br>Carol Stream IL  60197 | Phone:<br>Discover<br>PO Box 6103<br>Carol Stream IL  60197 | Credit Card Purchases | | $ 6,950.00 |
| 20<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine IL  60094-4014 | Phone:<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine IL  60094-4014 | Credit Card Purchases | | $ 3,550.00 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____, _____ of the _Individual Debtor_ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: _7/24/2009_          Signature _____

                      Name:  _Paul Sandner Moller_


Date: _7/24/2009_          Signature _____

                      Name:  _Rosa Maria Moller_

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re: *Paul Sandner Moller*
    *and*
    *Rosa Maria Moller*
    *aka Rosa Maria Berninsone*

Case No. *2009-29936*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Year to date:     *$3,604.00* debtor | *Operation of Business (Almond Butter) Employment* |
| | *Operation of Business (Almond Butter & Almonds) Employment* |
| *$25,800.00 spouse* Last Year:     *$60,551.00 debtor* | *Operation of Business (Almond Butter) Employment* |
| *$66,729.00 spouse* | |
| Year before:     *$13,235.00* debtor | |
| *$69,128.00 spouse* | |

## 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Year to date:* $289,250.00 | *Rental- Research Park Dr, Davis CA* |
| $ | *Rental- 9341 Currey Rd, Dixon CA* |
| *1,775.00* | *Rental- Research Park Dr, Dixon CA* |
| *Last Year:* | *Rental- 9341 Currey Rd, Dixon CA* |
| $300,729.00 | *Rental- 9341 Currey Rd, Dixon CA (Field)* |
| $ | *Rental- Research Park Dr, Davis CA* |
| *10,500.00* | *Rental- 9341 Currey Rd, Dixon CA (Field)* |
| $ | *Rental- 9341 Currey Rd, Dixon CA* |
| *6,000.00* | |
| *Year before:* $235,900.00 | |
| $ | |
| *12,937.00* | |
| $ | |
| *7,000.00* | |

| | |
|---|---|
| *Year to date:* $68,827.00 | *Stock Sales* |
| *Last Year:* $369,410.00 | " " |
| *Year before:* $533,161.00 | " " |

## 3. Payments to creditors

None ☐ Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:* SEE ATTACHMENT *Address:* | | | |

None ☐ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:* SEE ATTACHMENT *Address:* | | | |

None ☒ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS**
**QUESTION 3 (a) & (b)**
Payments to Creditors in Last 90 Days (i.e since January 15)

| Name & Address of Creditor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Capitol One | 1-16-09 | 200 | |
| US Bank | 1-26-09 | 800 | |
| Chase | 3-9-09 | 200 | |
| Morgan Stanley | 2-2-09 | 2256.54 | |
| Discover | 2/2/09 | 250 | |
| AT&T Universal | 2-3-09 | 220 | |
| US Bank Equity | 2-5-09 | 1557.48 | |
| Citibank | 2-6-09 | 200 | |
| Chase | 2-12-09 | 1000 | |
| Chase | 2-12-09 | 511 | |
| Bank of America | 2-12-09 | 351 | |
| Bank of America | 2-12-09 | 260 | |
| Bank of America | 2-13-09 | 900 | |
| Bay Area Financial | 2-17-09 | 37782.46 | |
| Sterling Pacific | 2-18-09 | 14583.34 | |
| BMW | 2-17-09 | 730 | |
| Capitol One | 2-18-09 | 1000 | |
| US Bank | 2-18-09 | 1000 | |
| US Bank Equity | 2-20-09 | 1557 | |
| Washington Mutual | 2-25-09 | 2582.65 | |
| Exchange Bank | 2-25-09 | 216304 | |
| Citibank | 2-26-09 | 300 | |
| AT&T Universal | 2-26-09 | 300 | |
| AT&T Universal | 2-27-09 | 1000 | |
| Morgan Stanley | 3-2-09 | 2256.54 | |
| US Bank | 3-5-09 | 1532.48 | |
| Chase | 3-9-09 | 500 | |
| Discover | 3-10-09 | 1000 | |
| Washington Mutual | 3-10-09 | 2582.65 | |
| Bank of America | 3-17-09 | 210 | |
| Capitol One | 3-17-09 | 200 | |
| Exchange Bank | 3-18-09 | 22623.84 | |
| US Bank | 3-27-09 | 900 | |
| BMW | 3-25-09 | 730 | |
| Morgan Stanley | 4-1-09 | 2256.54 | |
| Bank of America | 4-2-09 | 220 | |
| Citibank | 4-2-09 | 200 | |
| AT&T Universal | 4-2-09 | 200 | |
| US Bank | 4-6-09 | 1449.96 | |
| Washington Mutual | 4-10-09 | 2582.65 | |
| Capitol One | 4-15-09 | 200 | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Gregory Gouse, et al* <br> *v.* <br> *Paul Moller, et al* | *Civil Lawsuit* | *Superior Court of CA, County of Solano 600 Union Ave Fairfield CA 94533* | *Pending* |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: ANTHONY SIMON GUILDER* <br> *C/O DAN J. POOL, ESQ.* <br> *THE LAW FIRM OF POWELL & POOL* <br> *7522 N. COLONIAL AVE., STE 100* <br> *FRESNO CA 93711* | *12/8/08* <br> *Foreclosure* | *Description: MILK FARM* <br> *Value: $860,137.00* |

## 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| *Description: Firewood (destroyed)* <br><br> *Primary Residence Damage* <br><br> *Sprinkler Damage* <br> *Value: 6304.40* | *Circumstances: Wildfire* <br> *Insurance: Allied Insurance* | *June '08* |

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Payee: Hummingbird Credit Counseling* <br> *Address: 3737 Glenwood Ave Ste. 100* <br><br> *Raleigh NC 27612* | *Date of Payment: 4/21/09* <br> *Payor: Paul & Rosa Maria Moller* | *$49.00 (Credit Counseling)* |

## 10. Other transfers

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married

debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 12. Safe deposit boxes

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 13. Setoffs

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 14. Property held for another person

None

☒

List all property owned by another person that the debtor holds or controls.

---

## 15. Prior address of debtor

None

☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

## 16. Spouses and Former Spouses

None

☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

*Name: Rosa Maria Moller*

---

## 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| None | |
|---|---|
| ☒ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☒ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

### 18. Nature, location and name of business

| None | |
|---|---|
| ☐ | a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case |

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Moller International* | *TaxPayer ID: 68-0006075* | | *1222 Research Park Dr Davis CA 95618* | *Research & Development* |
| *Freedom Motors* | *ID: 91-1803331* | | *1222 Research Park Dr Davis CA 95618* | *Research & Development* |
| *Quail Oaks Ranch* | *ID: 94-2282809* | | *9350 Currey Rd Dixon CA 95620* | *Almonds* |
| *Milk Farm Associates, LP* | *ID: 91-1833561* | | *1222 Research Park Dr Davis CA 95618* | *Real Estate Development* |

| None | |
|---|---|
| ☒ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

---

## 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

*Name:  Jennifer Moller*                                           *Dates:  2001-Present*
*Address:  211 La Vida Way, Davis CA 95618*

---

None ☐  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                  ADDRESS                      DATES SERVICES RENDERED

*Name:  Jennifer Moller*              *211 La Vida Way, Davis CA*
*Address:*                            *95618*

---

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS

*Name:.*
*Address:*
*Missing:*

---

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

## 20. Inventories

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None
☒
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☒
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None
☒
a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☒
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None
☒
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None
☒
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None
☒
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _07/24/2009_          Signature _____
                           of Debtor

Date _07/24/2009_          Signature _____
                           of Joint Debtor
                           (if any)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION
## Amended 07/23/2009

In re *Paul Sandner Moller*
    *and*
    *Rosa Maria Moller*
    *aka Rosa Maria Berninsone*

Case No. *2009-29936*
Chapter *11*

_____ / Debtor

Attorney for Debtor: **William S. Bernheim**

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of _____4_____ pages, is true, correct and complete to the best of my knowledge.

Date: *07/24/2009*

_____
Debtor

_____
Joint Debtor

_____
**William S. Bernheim**
**Attorney for the debtor(s)**
**255 N. Lincoln Street**
**Dixon, CA 95620**

Alicia Bugarin  "A"
9090 Approach Ct
Fair Oaks, CA  95628


AT&T Universal
PO Box 6940
The Lakes, NV  88901-6940


Bank of America
PO Box 851001
Dallas, TX  75285-1001


Bay Area Financial
12400 Wilshire Blvd  Ste. 230
Los Angeles, CA  90025


BMW Bank of North America  "A"
PO Box 78066
Phoenix, AZ  85062-8066


Capital One
PO Box 60599
City of Industry, CA  91716


Capitol Region Equities  "A"
Ed or Dana Foss
9341 Currey Rd
Dixon, CA  95620


Chase Cardmember Service
PO Box 94014
Palatine, IL  60094-4014


Citibank
PO Box 6408
The Lakes, NV  88901


Dana & Edward Foss
9341 Currey Rd
Dixon, CA  95620

Department of the Treasury "A"
Internal Revenue Service
Ogden, UT  84201-0039


Discover
PO Box 6103
Carol Stream, IL  60197


Exchange Bank
PO Box 760
Santa Rosa, CA  95402


Franchise Tax Board "A"
Bankruptcy Unit
PO Box 2952
Sacramento, CA  95812-2952


Internal Revenue Service "A"
PO Box 21126
Philadelphia, PA  19114


John Britton
3741 Douglas Blvd. Ste. 380
Roseville, CA  95661


Lucia Napoli Cosmeli
172 Avenue Sporting
Vina Del Mar, Chile South America  25609


Moller International
1222 Research Park Dr
Davis, CA  95618


Morgan Stanley
PO Box 163405
Fort Worth, TX  76161


Patti Donlon  "A"
65 College Park
Davis, CA  95616

```
State of CA- EDD "A"
Central Collection Division
PO Box 826880
Sacramento, CA  94280


Sterling Pacific
1205 Freedom Blvd Suite 2
Watsonville, CA  95076


U.S. Bank
PO Box 790408
Saint Louis, MO  63179


U.S. Bank
PO Box 64799
Saint Paul, MN  55164


Victoria Schlechter
642 Jerome Street
Davis, CA  95616


Washington Mutual
PO Box 78148
Phoenix, AZ  85062


Wells Fargo  "A"
WF Business Direct
PO Box 348750
Sacramento, CA  95834


Wells Fargo Card Services "A"
PO Box 10347
Des Moines, IA  50306
```