FILED
July 31, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001993367

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re  Paul Sandner Moller )
    and )
    Rosa Maria Moller )  Case No. 2009-29936
    )
    Debtor(s). ) Amended 07/23/2009

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:

- [x] Petition
- [x] Statement of Financial Affairs
- [x] Creditor Matrix
- [ ] Statement of Intention
- [x] List of 20 Largest Unsecured Creditors
- [ ] List of Equity Security Holders
- [x] Schedules (check appropriate boxes). *See Instruction #4 below.*
  - [x] A  [x] B  [x] C  [x] D  [x] E  [x] F  [ ] G  [ ] H  [x] I  [x] J
- [x] Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  **REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.**

Purpose of amendment (check one):
- [x] To add pre-petition creditors, change amounts owed or classification of debt (**$26.00 fee required**, provided the bankruptcy judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change more than 10 creditors should be accompanied by an amended matrix listing only the creditors added or changed.
- [ ] No pre-petition creditors were added, or amounts owed or classifications of debt changed.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (**NOTE:** Proof of service, indicating that service has been made, must be filed with the Court.)

Dated:         Attorney's [or *Pro Se* Debtor's] Signature:  /s/ William S. Bernheim
                        Printed Name:  William S. Bernheim
                        Mailing Address:  255 N. Lincoln Street

                                           Dixon, CA  95620

## DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of  40  pages, is true and correct to the best of my(our) information and belief.

Dated:                                                                Dated:

/s/ Paul Sandner Moller                                /s/ Rosa Maria Moller
Debtor's Signature                                                  Joint Debtor's Signature
Paul Sandner Moller                                                 Rosa Maria Moller

## INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. ***Do not use an amendment cover sheet when submitting amended plans or amendments to plans.***
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change more than 10 creditors must be accompanied by a separately filed amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a text file containing the creditors in the standard master address list format. These two files must be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." (**NOTE: No personal checks will be accepted.**)

EDC 2-015 (Rev. 6/08)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION
Amended 07/23/2009

In re *Paul Sandner Moller*            Case No. *2009-29936*
     *and*                                                       Chapter *11*
     *Rosa Maria Moller*
     *aka Rosa Maria Berninsone*
_____ / Debtor

Attorney for Debtor:    *William S. Bernheim*


## COVER SHEET FOR LIST OF CREDITORS


I hereby certify under penalty of perjury that the attached list of creditors, which consists of __4__ pages, is true, correct and complete to the best of my knowledge.


Date: 07/31/2009                               */s/ Paul Sandner Moller*
                                                                  Debtor

                                                                  */s/ Rosa Maria Moller*
                                                                  Joint Debtor


*/s/ William S. Bernheim*
*William S. Bernheim*
*Attorney for the debtor(s)*
*255 N. Lincoln Street*
*Dixon, CA 95620*

Alicia Bugarin  "A"
9090 Approach Ct
Fair Oaks, CA  95628


AT&T Universal
PO Box 6940
The Lakes, NV  88901-6940


Bank of America
PO Box 851001
Dallas, TX  75285-1001


Bay Area Financial
12400 Wilshire Blvd  Ste. 230
Los Angeles, CA  90025


BMW Bank of North America  "A"
PO Box 78066
Phoenix, AZ  85062-8066


Capital One
PO Box 60599
City of Industry, CA  91716


Capitol Region Equities  "A"
Ed or Dana Foss
9341 Currey Rd
Dixon, CA  95620


Chase Cardmember Service
PO Box 94014
Palatine, IL  60094-4014


Citibank
PO Box 6408
The Lakes, NV  88901


Dana & Edward Foss
9341 Currey Rd
Dixon, CA  95620

Department of the Treasury "A"
Internal Revenue Service
Ogden, UT  84201-0039


Discover
PO Box 6103
Carol Stream, IL  60197


Exchange Bank
PO Box 760
Santa Rosa, CA  95402


Franchise Tax Board "A"
Bankruptcy Unit
PO Box 2952
Sacramento, CA  95812-2952


Internal Revenue Service "A"
PO Box 21126
Philadelphia, PA  19114


John Britton
3741 Douglas Blvd. Ste. 380
Roseville, CA  95661


Lucia Napoli Cosmeli
172 Avenue Sporting
Vina Del Mar, Chile South America  25609


Moller International
1222 Research Park Dr
Davis, CA  95618


Morgan Stanley
PO Box 163405
Fort Worth, TX  76161


Patti Donlon  "A"
65 College Park
Davis, CA  95616

State of CA- EDD "A"
Central Collection Division
PO Box 826880
Sacramento, CA  94280


Sterling Pacific
1205 Freedom Blvd Suite 2
Watsonville, CA  95076


U.S. Bank
PO Box 790408
Saint Louis, MO  63179


U.S. Bank
PO Box 64799
Saint Paul, MN  55164


Victoria Schlechter
642 Jerome Street
Davis, CA  95616


Washington Mutual
PO Box 78148
Phoenix, AZ  85062


Wells Fargo  "A"
WF Business Direct
PO Box 348750
Sacramento, CA  95834


Wells Fargo Card Services "A"
PO Box 10347
Des Moines, IA  50306

```
Alicia Bugarin  A
9090 Approach Ct
Fair Oaks, CA  95628


Department of the Treasury A
Internal Revenue Service
Ogden, UT  84201-0039


Franchise Tax Board A
Bankruptcy Unit
PO Box 2952
Sacramento, CA  95812-2952


Internal Revenue Service A
PO Box 21126
Philadelphia, PA  19114


Patti Donlon  A
65 College Park
Davis, CA  95616


State of CA- EDD A
Central Collection Division
PO Box 826880
Sacramento, CA  94280


Wells Fargo A
WF Business Direct
PO Box 348750
Sacramento, CA  95834


Wells Fargo Card Services A
PO Box 10347
Des Moines, IA  50306
```

Alicia Bugarin "A"
9090 Approach Ct
Fair Oaks, CA 95628

AT&T Universal
PO Box 6940
The Lakes, NV 88901-6940

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Bay Area Financial
12400 Wilshire Blvd Ste. 230
Los Angeles, CA 90025

BMW Bank of North America "A"
PO Box 78066
Phoenix, AZ 85062-8066

Capital One
PO Box 60599
City of Industry, CA 91716

Capitol Region Equities "A"
Ed or Dana Foss
9341 Currey Rd
Dixon, CA 95620

Chase Cardmember Service
PO Box 94014
Palatine, IL 60094-4014

Citibank
PO Box 6408
The Lakes, NV 88901

Dana & Edward Foss
9341 Currey Rd
Dixon, CA 95620

Department of the Treasury "A"
Internal Revenue Service
Ogden, UT 84201-0039

Discover
PO Box 6103
Carol Stream, IL 60197

Exchange Bank
PO Box 760
Santa Rosa, CA 95402

Franchise Tax Board "A"
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service "A"
PO Box 21126
Philadelphia, PA 19114

John Britton
3741 Douglas Blvd. Ste. 380
Roseville, CA 95661

Lucia Napoli Cosmeli
172 Avenue Sporting
Vina Del Mar, Chile
South America 25609

Moller International
1222 Research Park Dr
Davis, CA 95618

Morgan Stanley
PO Box 163405
Fort Worth, TX 76161

Patti Donlon "A"
65 College Park
Davis, CA 95616

State of CA- EDD "A"
Central Collection Division
PO Box 826880
Sacramento, CA 94280

Sterling Pacific
1205 Freedom Blvd Suite 2
Watsonville, CA 95076

U.S. Bank
PO Box 790408
Saint Louis, MO 63179

U.S. Bank
PO Box 64799
Saint Paul, MN 55164

Victoria Schlechter
642 Jerome Street
Davis, CA 95616

Washington Mutual
PO Box 78148
Phoenix, AZ 85062

Wells Fargo "A"
WF Business Direct
PO Box 348750
Sacramento, CA 95834

Wells Fargo Card Services "A"
PO Box 10347
Des Moines, IA 50306