FILED
September 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002086975

WILLIAM S. BERNHEIM  SBN 56555
BERNHEIM, GUTIERREZ & McCREADY
255 North Lincoln Street
Dixon, CA 95620
Ph.: (707) 678-4447
Fax: (707) 678-0744
e-mail: law@bernheimlaw.net

Attorneys for Debtors
PAUL SANDNER MOLLER and
ROSA MARIA MOLLER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>PAUL SANDNER MOLLER<br>and ROSA MARIA MOLLER,<br><br>Debtors | Bankruptcy Case No. 2009-29936<br><br>Chapter 11<br><br>NOTICE OF LODGING PROPOSED FORM OF ORDER APPROVING DISCLOSURE STATEMENT TO PLAN OF REORGANIZATION DATED SEPTEMBER 14, 2009, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND SETTING CONFIRMATION HEARING COMBINED WITH NOTICE THEREOF |

**NOTICE IS HEREBY GIVEN** that Debtors Paul Sandner Moller and Rosa Maria Moller ("Mollers"), by and through counsel undersigned, have this date lodged their proposed form of Order to Approving Disclosure Statement to Plan of Reorganization Dated September 14, 2009, Fixing Time for Filing Acceptances or Rejections of Plan, and Setting Confirmation Hearing With Notice Thereof, a copy of which is attached hereto as Exhibit "A."

DATED this 14th day of September, 2009.

                                    Bernheim, Gutierrez & McCready

Dated: _____        By:    /s/ William S. Bernheim_____

                                    William S. Bernheim, Attorney for Debtors

1
MOLLER NOTICE OF LODGING PROPOSED ORDER RE: DISCLOSURE STATEMENT TO PLAN

BERNHEIM
GUTIERREZ
&
MCCREADY

255 NORTH
LINCOLN
STREET

DIXON
CA
95620

PHONE
(707) 678-4447

FAX
(707) 678-0744

BERNHEIM
GUTIERREZ
&
MCCREADY

255 NORTH
LINCOLN
STREET

DIXON
CA 95620

PHONE
(707) 678-4447

FAX
(707) 678-0744

William S. Bernheim, SBN 56555
RE: Paul Sandner Moller and Rosa Maria Moller, Debtors
U.S. Bankruptcy Court, Eastern District of California, Case # 09-29936-C-11

# CERTIFICATE OF MAILING

I declare that I am employed in the County of Solano, State of California. I am over the age of eighteen years and not a party to this action. My business address is Bernheim, Gutierrez, & McCready, 255 North Lincoln Street, Dixon, California 95620.

I HEREBY CERTIFY that on the date below I served a copy of the above and foregoing **NOTICE OF LODGING PROPOSED FORM OF ORDER APPROVING DISCLOSURE STATEMENT TO PLAN OF REORGANIZATION DATED SEPTEMBER 14, 2009, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND SETTING CONFIRMATION HEARING COMBINED WITH NOTICE THEREOF** in the above captioned matter by e-file transmission. The foregoing was filed electronically with the United States Bankruptcy Court via the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. I also served a courtesy copy of the foregoing via U.S. Mail to the following:

| | |
|---|---|
| Office of the United States Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814 | Ronald H. Sargis, Esq.<br>Hefner, Stark & Marois, LLP<br>2150 River Plaza Dr. Ste. 450<br>Sacramento, CA 95833 |
| Walter R. Dahl, Esq.<br>Dahl & Dahl, Attorneys at Law<br>2304 "N" Street<br>Sacramento CA 95816-5716 | Don J. Pool, Esq.<br>The Law Firm of Powell & Pool<br>7522 N. Colonial Ave. Ste. 100<br>Fresno CA 93711 |
| GE Money Bank<br>c/o Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131-1605 | Scott C. Clarkson, Esq.<br>Clarkson, Gore & Marsella<br>3424 Carson Street, Suite 350<br>Torrance CA 90503 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Dixon, California on September 14, 2009.

/s/ *Araceli L. Lemus*
Araceli L. Lemus

1



1 WILLIAM S. BERNHEIM SBN 56555
BERNHEIM, GUTIERREZ & McCREADY
2 255 North Lincoln Street
Dixon, CA 95620
3 Ph.: (707) 678-4447
Fax: (707) 678-0744
4 e-mail: law@bernheimlaw.net

5 Attorneys for Debtors
PAUL SANDNER MOLLER and
6 ROSA MARIA MOLLER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>PAUL SANDNER MOLLER<br>and ROSA MARIA MOLLER,<br><br>Debtors | Bankruptcy Case No. 2009-29936<br><br>Chapter 11<br><br>**ORDER APPROVING DISCLOSURE STATEMENT TO PLAN OF REORGANIZATION DATED SEPTEMBER 14, 2009, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND SETTING CONFIRMATION HEARING COMBINED WITH NOTICE THEREOF** |

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtors Paul Sandner Moller and Rosa Maria Moller on September 14, 2009, referring to the *Plan of Reorganization Dated September 14, 2009* under Chapter 11 of the Bankruptcy Copde filed by the Debtors on September 14, 2009; and

It having been after hearing on notice that the Disclosure Statement contains adequate information:

**IT IS HEREBY ORDERED** and notice is hereby given that:

1.  The Disclosure Statement regarding the Debtors' Plan of Reorganization Dated September 14, 2009 is approved.

1

2. There shall be mailed to all creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Bankruptcy Rule 3017(d): (i) a copy of this Order and Notice, (ii) a copy of the duly executed Plan of Reorganization Dated September 14, 2009, (iii) the Disclosure Statement, and (iv) appropriate forms for the acceptance or rejection of the Plan of Reorganization Dated September 14, 2009.

3. The last day for filing and serving, pursuant to Bankruptcy Rule 3020(b)(1), written objections to confirmation of the Debtors Plan of Reorganization Dated September 14, 2009 is October 14, 2009 at 5:00pm.

4. The last day for filing written acceptances or rejections of the Plan of Reorganization Dated September 14, 2009 is October 14, 2009 at 5:00pm.

5. A hearing for consideration of confirmation of the Plan of Reorganization Dated September 14, 2009, and of any objections as may be made to confirmation, will be held on October 27, 2009 at 9:30am in the Robert T Matsui United States Courthouse, 501 I Street, Department C, Courtroom 35, 6th Floor, Sacramento CA 95814.

DATED this _____ day of _____, 2009.

Dated: _____    By: _____
                        Hon. Christopher M. Klein
                        U.S. Bankruptcy Judge

BERNHEIM GUTIERREZ & MCCREADY
255 NORTH LINCOLN STREET
DIXON CA 95620
PHONE (707) 678-4447
FAX (707) 678-0744