FILED
September 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002120742

HANNO T. POWELL 131154
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 228-8034
Facsimile: (559) 228-6818

Attorneys for: Creditors
Maria E. Vargas, Trustee of the Inca Trust Dated August 1, 2009; Gaspare Orlando and Benita J. Orlando; Albert J. Seadler and Helen M. Seadler, Trustees of the Seadler Family Trust Dated April 27, 1999; Trust Company of America fbo: Donna McLaughlin Account No. 27829; Trust Company of America fbo: Katie Mahan Account No. 30829; Joshua Baldwin and Kelly Baldwin

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

\* \* \*

In re

PAUL SANDNER MOLLER and ROSA MARIA MOLLER,

Debtors.

Case No. 09-29936-C-11

Chapter 11

D. C. No.: HTP-1

**NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF FRBP 4001(a)(3)**

**Preliminary Hearing:**

Date: October 13, 2009
Time: 9:30 a.m.
Place: Dept. C, Courtroom 35
6th Floor, 501 I St.
Sacramento CA
(Judge Klein)

**TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Sterling Pacific acting as the servicing agent for Maria E. Vargas, Trustee of the Inca Trust Dated August 1, 2009; Gaspare Orlando and Benita J. Orlando; Albert J. Seadler and Helen M. Seadler, Trustees of the Seadler Family Trust Dated April 27, 1999; Trust Company of America fbo: Donna McLaughlin Account No. 27829; Trust Company of America fbo: Katie Mahan Account No. 30829; Joshua Baldwin and Kelly Baldwin ("Movants"), have filed a motion with the court for relief from the automatic stay of 11 U.S.C. §362(a), to permit Movants, their employees, agents and assigns, to take any and all actions to complete non-judicial foreclosure proceedings on the Debtors' real property commonly known as 1222 Research Park Drive, Davis CA 95616 (the "Real "Property"), and to waive Federal Rule of Bankruptcy Procedure 4001(a)(3), on the ground that there is no equity in the Real Property for the estate and it is not necessary to an effective reorganization. Copies of that Motion, together with all supporting documents, are being served on you concurrently with this Notice.

The Court will hold a Preliminary Hearing on that Motion on October 13, 2009, at 9:30 a.m., in Department C, Courtroom 35, Sixth Floor, United States Courthouse, 501 I Street, Sacramento, California, before the Honorable Christopher M. Klein, United States Bankruptcy Judge. If you oppose the granting of that Motion, you must appear at the Preliminary Hearing either in person or by counsel, inform the court that the motion is opposed, and give the grounds of that opposition. If you do not appear at the Preliminary Hearing, the court may grant the relief requested at that time.

Dated: September 29, 2009.            THE LAW FIRM OF POWELL & POOL.


By  /s/ Hanno T. Powell
    ─────────────────────────────
    HANNO T. POWELL
    Attorneys for Movants