FILED
September 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002120743

HANNO T. POWELL 131154
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 228-8034
Facsimile: (559) 228-6818

Attorneys for: Creditors
Maria E. Vargas, Trustee of the Inca Trust Dated August 1, 2009; Gaspare Orlando and Benita J. Orlando; Albert J. Seadler and Helen M. Seadler, Trustees of the Seadler Family Trust Dated April 27, 1999; Trust Company of America fbo: Donna McLaughlin Account No. 27829; Trust Company of America fbo: Katie Mahan Account No. 30829; Joshua Baldwin and Kelly Baldwin

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

* * *

In re

PAUL SANDNER MOLLER and
ROSA MARIA MOLLER,

Debtors.

Case No. 09-29936-C-11

Chapter 11

D. C. No.: HTP-1

**DECLARATION OF JOSHUA FISCHER IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF FRBP 4001(a)(3)**

**Preliminary Hearing:**

Date: October 13, 2009
Time: 9:30 a.m.
Place: Dept. C, Courtroom 35
6th Floor, 501 I St.
Sacramento CA
(Judge Klein)

I, JOSHUA FISCHER, DECLARE:

-1-

Declaration Of Joshua Fischer In Support Of Motion For Relief
From Automatic Stay And Waiver Of FRBP 4001(a)(3)

1. I am over eighteen (18) years of age and competent to testify to the matters set forth herein. Those matters are true of my own personal knowledge unless otherwise stated. If I were called as a witness, my testimony would agree with the contents of this Declaration.

2. I am the Vice President, Secretary, and Treasurer of Sterling Pacific Lending, Inc. ("Sterling Pacific"). Sterling Pacific acts as the servicing agent for Maria E. Vargas, Trustee of the Inca Trust Dated August 1, 2009; Gaspare Orlando and Benita J. Orlando; Albert J. Seadler and Helen M. Seadler, Trustees of the Seadler Family Trust Dated April 27, 1999; Trust Company of America fbo: Donna McLaughlin Account No. 27829; Trust Company of America fbo: Katie Mahan Account No. 30829; Joshua Baldwin and Kelly Baldwin ("Movants"). I also act as a custodian of records of Sterling Pacific with respect to this loan.

3. On or about April 13, 2005, Sterling Pacific loaned $700,000.00 to Paul S. Moller and Barbara M. Moller, the debtors herein. The parties memorialized this loan in the form of a Note, a copy of which is attached hereto as Exhibit "A" and incorporated herein by this reference (the "Note"). To secure the obligations under the Note, the debtors granted a deed of trust on the real property commonly known as 1222 Research Park Drive, Davis CA 95616 (the "Real Property), which was recorded in Yolo County on April 25, 2009, as Instrument No. 2005-0018813-00 (the "Deed of Trust"). A copy of the Deed of Trust is attached as Exhibit "B" and incorporated herein by this reference.

4. Subsequent to the consummation of the loan transaction set forth above, Sterling Pacific assigned all of its interest in the Note and its attendant security to Movants. Movants retained Sterling Pacific as servicing agent for the Note and, for that reason, I am familiar with all payments and performance received under the Note.

5. The Note has been in default at all times since August 1, 2008, when the payment due on that date was not received. No party has made that payment, or any subsequent payment due on the Note. Sterling Pacific caused a Notice of Default relating to the Note to be filed with the County Recorder or Yolo County on September 29, 2008, as Instrument No. 2008-29664 (the "NOD"). A copy of the Notice of Default is attached hereto as Exhibit "C" and incorporated herein by this reference. The obligation under the Note remained in default,

Declaration Of Joshua Fischer In Support Of Motion For Relief
From Automatic Stay And Waiver Of FRBP 4001(a)(3)

and Sterling Pacific caused a Notice of Trustee's Sale to be posted, served, and recorded in Yolo County as Instrument No. 2009-0000-3494-00 (the "NOS"). A copy of the NOS is attached as Exhibit "D." In addition, Sterling Pacific has received a Notice of Trustee's Sale Under Deed of Trust relating to the obligation owing by the debtors to Exchange Bank. Pursuant to a written subordination agreement, the deed of trust securing the Exchange Bank obligation is senior in priority to that of Movants. Based upon that document and other information, I believe that the obligation to Exchange Bank remains in default.

  6. As of September 22, 2009, the following amounts were due and owing under the Note:

| | |
|---|---|
| Unpaid Principal Balance | $700,000.00 |
| Interest from 7/1/2008 | $107,636.97 |
| 14 Late Charges | $10,208.34 |
| Foreclosure fees and costs to date | $5691.97 |
| **TOTAL** | **$823,537.28** |

This total will continue to increase because of attorney's fees, interest, and other fees and charges that will be incurred by Movants.

  I declare under penalty of perjury under the laws of the Sate of California that the foregoing is true and correct.

Dated: September 29, 2009

           /s/ Joshua Fischer
           JOSHUA FISCHER