FILED
September 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002120747

HANNO T. POWELL 131154
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 228-8034
Facsimile: (559) 228-6818

Attorneys for: Creditors
Maria E. Vargas, Trustee of the Inca Trust Dated August 1, 2009; Gaspare Orlando and Benita J. Orlando; Albert J. Seadler and Helen M. Seadler, Trustees of the Seadler Family Trust Dated April 27, 1999; Trust Company of America fbo: Donna McLaughlin Account No. 27829; Trust Company of America fbo: Katie Mahan Account No. 30829; Joshua Baldwin and Kelly Baldwin

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

\* \* \*

In re

PAUL SANDNER MOLLER and
ROSA MARIA MOLLER,

Debtors.

Case No. 09-29936-C-11

Chapter 11

D. C. No.: HTP-1

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF FRBP 4001(a)(3), AND RELATED DOCUMENTS**

<u>**Preliminary Hearing:**</u>

Date: October 13, 2009
Time: 9:30 a.m.
Place: Dept. C, Courtroom 35
       6th Floor, 501 I St.
       Sacramento CA
       (Judge Klein)

I, Tammy L. Tatarakis, DECLARE:

Certificate of Service

THE LAW FIRM OF POWELL & POOL
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

I am employed in the County of Fresno, California. I am over the age of 18 years and not a party to this action. My business address is 7522 N. Colonial Avenue, Suite 100, Fresno, California 93711.

On September 29, 2009, I served the following documents on the parties in interest:

1. **MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF FRBP 4001(a)(3;**

2. **NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF FRBP 4001(a)(3;**

3. **DECLARATION OF JOSH FISCHER IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF FRBP 4001(a)(3);**

4. **EXHIBITS TO DECLARATION OF JOSH FISCHER IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF FRBP 4001(a)(3);**

5. **RELIEF FROM STAY INFORMATION SHEET;**

6. **REQUEST FOR JUDICIAL NOTICE; and**

6. **THIS CERTIFICATE OF SERVICE**

[X]  (**By Regular Mail**) I caused a copy of said pleading(s) to be placed in a United States mail depository, at Fresno, California, in a sealed envelope, with postage fully prepared to the below addressee(s):

**SEE ATTACHED SERVICE LIST.**

[X]  **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **September 29, 2009**, at Fresno, California.

/s/ Tammy L. Tatarakis
_____
TAMMY L. TATARAKIS

THE LAW FIRM OF POWELL & POOL
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

# SERVICE LIST

Counsel for Debtors:

William S. Bernheim, Esquire
225 N. Lincoln Street
Dixon, CA 95620


Debtor:

Paul Sandner Moller
9350 Currey Road
Dixon, CA 95720

Joint Debtor:

Rosa Maria Moller
9350 Currey Road
Dixon, CA 95720

Office of the United States Trustee:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

## LIST OF 20 LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| Bay Area Financial<br>12400 Wilshire Blvd. Ste. 230<br>Los Angeles, CA 90025 | BMW Bank of North America<br>PO Box 78066<br>Phoenix AZ 85062-8-66 | Capitol Region Equities<br>Ed or Dana Foss<br>9341 Currey Road<br>Dixon, CA 95620 |
| Exchange Bank<br>PO Box 760<br>Santa Rosa, CA 95402 | Ed and Dana Foss<br>9341 Currey Road<br>Dixon, CA 95620 | Lucia Napoli Cosmeli<br>172 Avenue Sporting<br>Vina Del Mar Chile<br>South America 2560989 |
| Morgan Stanley<br>PO Box 163405<br>Fort Worth TX 76161 | Sterling Pacific<br>1205 Freedom Blvd. Ste. 2<br>Watsonville, CA 95076 | U.S. Bank<br>PO Box 64799<br>Saint Paul MN 55164 |
| Victoria Schlechter<br>642 Jerome Street<br>Davis, CA 95616 | Washington Mutual<br>PO Box 78148<br>Phoenix AZ 85062 | |

-4-

Certificate of Service