UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Paul Sandner Moller and Rosa Maria Moller | **Case No :** | 09-29936 - C - 11 |
| | | **Date :** | 10/13/09 |
| | | **Time :** | 09:30 |

**Matter :** [78] – Motion/Application for Relief from Stay [HTP-1] Filed by Creditors Kelly Baldwin, Joshua Baldwin, Katie Mahan, Donna McLaughlin, Trust Company Of America, Helen M. Seadler, Albert J. Seadler, Benita J. Orlando, Gaspare Orlando, Maria E. Vargas (Fee Paid $150) (nkrs)
[78] – Motion/Application For Waiver Of Federal Rule Of Bankruptcy Procedure 4001(a)(3) [HTP-1] Filed by Creditors Joshua Baldwin, Kelly Baldwin, Katie Mahan, Donna McLaughlin, Benita J. Orlando, Gaspare Orlando, Albert J. Seadler, Helen M. Seadler, Trust Company Of America, Maria E. Vargas (nkrs)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Creditor - Hanno Powell
**Respondent(s) :**
            Debtor(s) Attorney - William S. Bernheim
            Creditor - Ronald Sargis

HEARING CONTINUED TO: 11/17/09 at 09:30 AM


BRIEFING SCHEDULE:
Opening: In
Opposition: 11/3/09
Reply: 11/10/09