FILED
November 02, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002196271

LAW OFFICES OF LES ZIEVE
LES ZIEVE, ESQ., Ca. Bar #123319
MICHAEL LE, ESQ., Ca. Bar #255056
18377 Beach Blvd., Suite 210
Huntington Beach, CA 92648
(714)848-7920

Counsel for Movant

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Paul and Rosa Moller,<br><br>        Debtor.<br>_____<br>US Bakn National Association N.D., its assignees and/or successors in interest,<br><br>        Movant,<br>vs.<br><br>Paul and Rosa Moller,<br>Office of the U.S. Trustee, Trustee<br><br>        Respondent. | Case No. 09-29936<br><br>Motion No. LAZ #1<br><br>Chapter 11<br><br>**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Local Rule 4001-1 and Local Rule 9014-1**<br><br>Date: November 17, 2009<br>Time: 9:30 a.m.<br>Place: Ctrm 35<br>       501 I Street, Sixth Floor<br>       Sacramento, California |

TO ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that on November 17, 2009 at 9:30 a.m. at the above captioned Court, before the HONORABLE CHRISTOPHER M. KLEIN, located at 501 I Street, Sixth Floor, Sacramento, California, US Bank National Association N.D., its assignees and/or successors in interest, move the Court for an Order terminating the Automatic Stay as to the enforcement of its state law remedies against the real property described in the supporting documents filed and served herewith.

The Motion is filed pursuant to Local Bankruptcy Rule 4001-1 and Local Bankruptcy Rule 9014-1 of the Local Bankruptcy Rules of Practice for the United States Bankruptcy Court,

200000003.NOT\js

1

The Motion is filed pursuant to Local Bankruptcy Rule 4001-1 and Local Bankruptcy Rule 9014-1 of the Local Bankruptcy Rules of Practice for the United States Bankruptcy Court, Eastern District of California.

The Motion will rest on this Notice of Hearing, and other supporting papers filed and served concurrently herewith, the argument which may be presented at the hearing and upon such other oral and or documentary evidence as the Court may admit or judicially notice at the hearing.

The Local Bankruptcy Rules require that any Opposition to the Motion must be filed and served, in writing, not less than fourteen (14) calendar days preceding the hearing date and must be supported by admissible evidence.

Unless written Opposition supported by admissible evidence is filed and served as required by the Local Bankruptcy Rules, the Court may resolve the matter without oral argument.

DATED: October 30, 2009  **LAW OFFICES OF LES ZIEVE**

/s/ Les Zieve
_____
By: LES ZIEVE
Counsel for Movant