FILED
November 02, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002196273

# RELIEF FROM STAY INFORMATION SHEET
## * * SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST * *
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

**DEBTOR:** Paul and Rosa Moller      **CASE NO.** 09-29936

**MOVANT:** US Bank National Association N.D.      **DC NO.** LAZ#1

**HEARING DATE/TIME:** November 17, 2009 at 9:30 a.m.

**RELIEF IS SOUGHT AS TO** (X) REAL PROPERTY  ( ) PERSONAL PROPERTY  ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action  9350 Currey Rd., Dixon, CA

2. Movant's trust deed is a ( ) 1st (x) 2nd ( ) 3rd ( ) Other: ___
   OR
   Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? No   Movant's valuation of property   $ 1,100,000.00

4. The following amounts are presently owing to movant for:
   | PRINCIPAL | INTEREST | COSTS | TOTAL |
   |---|---|---|---|
   | $ 165,300.00 | $ 6,100.00 | $ 1,100.00 | $ 172,500.00 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary
   See continuation sheet of Lien Holders attached hereto   $ ___
   $ ___
   $ ___

   TOTAL ALL LIENS   $ ___
   DEBTOR'S EQUITY   $ 983,926.00

   FOR COURT USE ONLY
   Note date: ___
   Note amount: ___
   Note payment: ___

6. Monthly payment is $ 1,503.48 , of which $ 0.00 is for impound account. Monthly late charge is $ 58.00 .
7. The last payment by debtor was received on 05/20/2009 and was applied to the payment due 05/01/2009 .
8. Number of payments past due and amount: (a) Pre-petition  0  $ 0.00  (b) Post-petition  4  $ 6,013.92 .
9. Notice of Default was recorded on n/a . Notice of sale was published on n/a .
10. If a chapter 13 case, in what class is this claim? ___
11. Grounds for seeking relief (check as applicable):
    (X) Cause   (X) Inadequate protection   (x) Lack of equity   ( ) Lack of insurance   ( ) Bad faith
    ( ) Other ___ .
12. For each ground checked above furnish a brief supporting statement in the space below.
    The equity in the property is not enough to constitute "adequate protection".

EDC 3-468 (Rev. 6/8/05)                                                                                    EDC-3468

Continuation Sheet

5. State identity, rank, and balance owing to other known lien holders.

| | |
|---|---|
| Morgan Stanley | $390,208.00 |
| Movant | $172,500.00 |
| Bay Area Financial | $312,218.00 |
| Schlechter Note | <u>$109,000.00</u> |
| Total all liens: | $983,926.00 |