```
                                                                    FILED
                                                                July 08, 2010
                                                            CLERK, U.S. BANKRUPTCY COURT
                                                            EASTERN DISTRICT OF CALIFORNIA
                                                                    D267
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Paul Sandner Moller and Rosa Maria Moller | **Case No :** | 09-29936 - C - 11 |
| | | **Date :** | 6/30/2010 |
| | | **Time :** | 10:00 |
| **Matter :** | [88] - Amended [70] Disclosure Statement Filed by Debtor Paul Sandner Moller, Joint Debtor Rosa Maria Moller (nkrs) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - William S. Bernheim
**Respondent(s) :**
    Trustee - Jonathan E. Tesar
    Trustee's Attorney - Anthony Asebedo
(by phone)   Creditor - Scott Clarkson; Hanno Powell; Les Zieve
    Creditor - Jennifer House; Thomas Griffin; Alisa Bugarin

CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the disclosure statement is withdrawn, without prejudice.

Dated: July 08, 2010

_____
United States Bankruptcy Judge