FILED
November 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003107880

ANTHONY ASEBEDO (State Bar No. 155105)
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 925-1265

Attorneys for Jon Tesar

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

In re:

PAUL SANDNER MOLLER &,
ROSA MARIA MOLLER,

           Debtors.

Case No. 09-29936-C-11
Docket Control No. MHK-4

Date: December 14, 2010
Time: 9:30 a.m.
Dept: C (Courtroom 35)
Hon. Christopher M. Klein

**REQUEST FOR JUDICIAL NOTICE FOR TRUSTEE'S MOTION FOR ABANDONMENT OF REAL PROPERTY AND CERTAIN RELATED PERSONAL PROPERTY
[9350 CURRY ROAD, DIXON, CALIF.]**

Jon Tesar (the "Trustee") hereby requests the court to take judicial notice of the following documents, which are attached hereto as described below and which are incorporated herein by reference:

| Exhibit | Document | Beginning Page |
|---|---|---|
| 1 | Schedule A - Real Property | 2 |
| 2 | Relief From Stay Information Sheet | 3 |
| 3 | Schedule D- Creditors Holding Secured Claims | 4 |
| 4 | Schedule B - Personal Property | 6 |

This request for judicial notice is made pursuant to Federal Rule of Evidence 201, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 9017.

Dated: 11.30.10          MEEGAN, HANSCHU & KASSENBROCK

By: Anthony Asebedo
Attorneys for the Trustee

aa:\MHK-4 abandon residence rjn

FORM B6A (Official Form 6A) (12/07)

In re Paul Sandner Moller and Rosa Maria Moller,     Case No._____
        Debtor(s)                                                                (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband-H Wife-W Joint-J Community-C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1222 Research Park Dr, Davis CA 95618 Commercial Property | Joint Tenants | J | $ 4,900,000.00 | $ 4,000,000.00 |
| 9350 Currey Rd, Dixon CA 95620 Residence | Fee Simple | H | $ 1,500,000.00 | $ 977,749.00 |
| 9341 Currey Rd, Dixon CA 95620 | Fee Simple | H | $ 1,250,000.00 | $ 883,924.00 |
| No continuation sheets attached | | **TOTAL $** (Report also on Summary of Schedules.) | 7,650,000.00 | |

PAGE __2__ (EXH. __1__)

FILED
January 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002348811

# RELIEF FROM STAY INFORMATION SHEET
* * SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST * *
PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION

DEBTOR: Paul and Rosa Moller    CASE NO. 09-29936

MOVANT: Bay Area Financial Corporation    DC NO. SCC1

HEARING DATE/TIME: February 16, 2010 at 9:30 am

RELIEF IS SOUGHT AS TO (✓) REAL PROPERTY ( ) PERSONAL PROPERTY ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action  9350 Currey Road, Dixon, CA

2. Movant's trust deed is a ( ) 1st ( ) 2nd (✓) 3rd ( ) Other: _____
   OR
   Leased property is (✓) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? yes    Movant's valuation of property  $ 1,150,000

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 326,202.17 | $ 30,571.00 | $ 1,400.00 | $ 358,173.49 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   Morgan Stanley                                    $ 390,208.00
   U.S. Bank National Association                    $ 166,323.00
   Victoria Schlechter                               $ 109,000.00
   TOTAL ALL LIENS                                   $ 1,023,739.00
   DEBTOR'S EQUITY                                   $ 126,261.00

FOR COURT USE ONLY
Note date:
Note amount:
Note payment:

6. Monthly payment is $ *_____, of which $ _____ is for impound account. Monthly late charge is $ _____.
7. The last payment by debtor was received on February 2008 and was applied to the payment due *_____.
8. Number of payments past due and amount: (a) Pre-petition  $ all   (b) Post-petition  $ all
9. Notice of Default was recorded on n/a. Notice of sale was published on n/a
10. If a chapter 13 case, in what class is this claim? n/a
11. Grounds for seeking relief (check as applicable):
    (✓) Cause ( ) Inadequate protection (✓) Lack of equity ( ) Lack of insurance ( ) Bad faith
    (✓) Other  Property not necessary for reorganization
12. For each ground checked above furnish a brief supporting statement in the space below.
    see MRAS

    * all amounts are due

EDC 3-468 (Rev. 6/8/05)

PAGE  3  (EXH.  2  )

B6D (Official Form 6D) (12/07)

In re Paul Sandner Moller and Rosa Maria Moller , Case No._____
          Debtor(s)                                                         (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 5407<br>Creditor # : 1<br>Bay Area Financial<br>12400 Wilshire Blvd Ste. 230<br>Los Angeles CA 90025 | C | Unknown<br><br>9350 Currey Rd, Dixon CA 95620<br><br>Value: $ 1,500,000.00 | | | | $ 312,218.00 | $ 0.00 |
| Account No: N/A<br>Creditor # : 2<br>Dana & Edward Foss<br>9341 Currey Rd<br>Dixon CA 95620 | C | May 2007<br><br>9341 Currey Rd, Dixon CA 95620<br><br>Value: $ 1,250,000.00 | | | | $ 225,000.00 | $ 0.00 |
| Account No: 8092<br>Creditor # : 3<br>Exchange Bank<br>PO Box 760<br>Santa Rosa CA 95402 | J | January 2007<br><br>1222 Research Park Dr, Davis CA 95618<br><br>Value: $ 4,900,000.00 | | | | $ 3,300,000.00 | $ 0.00 |
| 1  continuation sheets attached | | | | | Subtotal $<br>(Total of this page)<br>Total $<br>(Use only on last page) | $ 3,837,218.00 | $ 0.00 |

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

PAGE __4__ (EXH. __3__)

In re Paul Sandner Moller and Rosa Maria Moller,  Case No. _____
Debtor(s)  (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 0828<br>Creditor # : 4<br>Morgan Stanley<br>PO Box 163405<br>Fort Worth TX 76161 | | C May 2003<br>9350 Currey Rd, Dixon CA 95620<br><br>Value: $ 1,500,000.00 | | | | $ 390,208.00 | $ 0.00 |
| Account No: 9531<br>Creditor # : 5<br>NoteWorld<br>PO Box 34055<br>Seattle WA 98124 | | C Oct. 2007<br>9341 Currey Rd, Dixon CA 95620<br><br>Value: $ 1,250,000.00 | | | | $ 350,000.00 | $ 0.00 |
| Account No: 4003<br>Creditor # : 6<br>Sterling Pacific<br>1205 Freedom Blvd Suite 2<br>Watsonville CA 95076 | | C April 2007<br>1222 Research Park Dr, Davis CA 95618<br><br>Value: $ 4,900,000.00 | | | | $ 700,000.00 | $ 0.00 |
| Account No: 8991<br>Creditor # : 7<br>U.S. Bank<br>PO Box 64799<br>Saint Paul MN 55164 | | C Unknown<br>9350 Currey Rd, Dixon CA 95620<br><br>Value: $ 1,500,000.00 | | | | $ 166,323.00 | $ 0.00 |
| Account No:<br>Creditor # : 8<br>Victoria Schlechter<br>642 Jerome Street<br>Davis CA 95616 | | C Unknown<br>9350 Currey Rd, Dixon CA 95620<br><br>Value: $ 1,500,000.00 | | | | $ 109,000.00 | $ 0.00 |
| Account No: 7873<br>Creditor # : 9<br>Washington Mutual<br>PO Box 78148<br>Phoenix AZ 85062 | | C Unknown<br>9341 Currey Rd, Dixon CA 95620<br><br>Value: $ 1,250,000.00 | | | | $ 308,924.00 | $ 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) $ 2,024,455.00 | $ 0.00
Total $ (Use only on last page) $ 5,861,673.00 | $ 0.00

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

PAGE  5  (EXH.  3  )

In re _Paul Sandner Moller and Rosa Maria Moller_ ,        Case No. _____
             Debtor(s)                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _Computer and TV_ Location: In debtor's possession | C | $ 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | _Clothes_ Location: In debtor's possession | C | $ 3,000.00 |
| 7. Furs and jewelry. | | _Jewelry_ Location: In debtor's possession | C | $ 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |

Page __1__ of __3__

In re _Paul Sandner Moller and Rosa Maria Moller_, Debtor(s)

Case No. _____ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _Stock- Freedom Motors_<br>_Location: In debtor's possession_ | C | $ 33,982,950.00 |
| | | _Stock- Moller International_<br>_Location: In debtor's possession_ | C | $ 4,444,994.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2002 BMW_<br>_Location: In debtor's possession_ | C | $ 8,000.00 |

B6B (Official Form 6B) (12/07)

In re Paul Sandner Moller and Rosa Maria Moller, Debtor(s)

Case No. _____ (if known)

# SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | Organic Almond Butter<br>Location: In debtor's possession | C | $ 60,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | Almonds Growing<br>Location: In debtor's possession | C | $ 40,000.00 |
| 33. Farming equipment and implements. | | Farm Equipment<br>Location: In debtor's possession | C | $ 20,000.00 |
| 34. Farm supplies, chemicals, and feed. | | Fuel<br>Location: In debtor's possession | C | $ 1,000.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page 3 of 3

Total → $ 38,566,944.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

PAGE 8 (EXH. 4)