UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Paul Sandner Moller and Rosa Maria Moller | **Case No :** | 09-29936 - C - 11 |
| | | **Date :** | 12/14/2010 |
| | | **Time :** | 09:30 |
| **Matter :** | [93] - Motion/Application for Relief from Stay [LAZ-1] Filed by Creditor US Bank National Association, N.D. (Fee Paid $150) (nkrs) | | UNOPPOSED |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney - Michael Gonzales
**Respondent(s) :**
            Trustee's Attorney - Anthony Asebedo
(by phone)   Creditor's Attorney - Laura Buchanan

MOTION was :

Order filed 11/23/2010.