FILED
December 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D361

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Paul Sandner Moller and Rosa Maria Moller | **Case No :** | 09-29936 - C - 11 |
| | | **Date :** | 12/14/10 |
| | | **Time :** | 09:30 |
| **Matter :** | [330] – Motion/Application to Abandon [MHK-4] Filed by Trustee Jonathan E. Tesar (smis) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
    Trustee's Attorney – Anthony Asebedo
**Respondent(s) :**
(by phone)    Creditor's Attorney – Michael Gonzales; Laura Buchanan

## CIVIL MINUTE ORDER

Default having been entered and good cause appearing.

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted.

Dated: December 22, 2010

_____
United States Bankruptcy Judge