2009-29936
FILED
December 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003158492

2

ANTHONY ASEBEDO (State Bar No. 155105)
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 925-1265

Attorneys for Jon Tesar

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| In re:<br><br>PAUL SANDNER MOLLER &,<br>ROSA MARIA MOLLER,<br><br>                     Debtors. | Case No. 09-29936-C-11<br>Docket Control No. MHK-5<br><br>Date: December 21, 2010<br>Time: 9:30 a.m.<br>Dept: C (Courtroom 35)<br>Hon. Christopher M. Klein |

**ORDER ON TRUSTEE'S MOTION FOR
ABANDONMENT OF REAL PROPERTY
[1222 RESEARCH PARK DRIVE, DAVIS, CALIF.]**

The Trustee's Motion for Abandonment of Real Property (the "Motion"), filed November 30, 2010 on behalf of Jon Tesar (the "Trustee"), came on for hearing on December 21, 2010 at 9:30 a.m. in Department "C," the Honorable Christopher M. Klein presiding. Appearances were noted on the record.

Based upon the Motion, the supporting declaration, the record in this bankruptcy case, and upon the representations of counsel; service of notice on creditors under Federal Rule of Bankruptcy Procedure 6007 having been shown; and good cause appearing;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted;

///

///

RECEIVED
December 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003158492

1

aa:\MHK-5 abandon comm prop ord

2. The Trustee is authorized to abandon the estate's right, title, and interest in the real property commonly known as 1222 Research Park Drive, Davis, California (the "Property"); and

3. To effect abandonment of the Property, the Trustee shall file with this court a Notice of Abandonment.

Dated: December 22, 2010

_____
United States Bankruptcy Judge

aa:\MHK-5 abandon comm prop ord