```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF CALIFORNIA
                              CIVIL MINUTES
```

| | | | |
|---|---|---|---|
| **Case Title :** | Paul Sandner Moller and Rosa Maria Moller | **Case No :** | 09-29936 - C - 11 |
| | | **Date :** | 1/19/11 |
| | | **Time :** | 10:00 |
| **Matter :** | Status Conference - [1] - Chapter 11 Voluntary Petition. Missing Document(s): Exhibit D w/Certificate for Debtor; Exhibit D w/Certificate for Joint Debtor; Means Test - Form 22B; Document(s) due by 6/2/2009. (sjas) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
        Debtor(s) Attorney - William S. Bernheim
        Trustee's Attorney - Anthony Asebedo
(by phone)   Creditor's Attorney - Matthew Clark; Jessica Giannetta; Brian Parson

**HEARING CONTINUED TO: 3/30/11 at 10:00 AM**