UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title:** | Paul Sandner Moller and Rosa Maria Moller | **Case No:** | 09-29936 – C – 11 |
| | | **Date:** | 6/22/2011 |
| | | **Time:** | 10:00 |
| **Matter:** | [386] – Amended/Modified [71] Plan [MHK-6] Filed by Debtor Paul Sandner Moller, Joint Debtor Rosa Maria Moller, Trustee Jonathan E. Tesar (jdas) Modified on 2/28/2011 (jdas). | | UNOPPOSED |
| **Judge:** | Christopher M. Klein | | |
| **Courtroom Deputy:** | Teresa Jackson | | |
| **Reporter:** | Diamond Reporters | | |
| **Department:** | C | | |

**APPEARANCES for:**
**Movant(s):**
    Trustee's Attorney – Anthony Asebedo
**Respondent(s):**
    Debtor(s) Attorney – William S. Bernheim
(by phone)    Creditor's Attorney – Laura Buchanan; Jessica Gianetta
    Creditor's Attorney – Thomas Griffin

HEARING was:
Findings of fact/conclusions of law stated orally on record

Plan confirmed.

ORDER TO BE PREPARED BY:    Anthony Asebedo