UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

PAUL SANDNER MOLLER &
ROSA MARIA MOLLER,

      Debtors.
_____/

CASE NO: 09-29936-C-11

No Hearing Required

**QUARTERLY POSTCONFIRMATION REPORT
FOR THE PERIOD ENDING March 24, 2013** [1]
(FINAL REPORT- FINAL DECREE ORDERED MARCH 24, 2013)

The Plan Administrator hereby submits the following post-confirmation report for this calendar quarter. This report only includes the receipts and disbursements of the Plan Administrator and excludes the activities of the Debtors.

| | | |
|---|---|---|
| 1. | Date of Entry of Order Confirming Plan: | July 7, 2011 |
| 2. | Cash balance at the beginning of quarter: | $ 37,707 |
| | Less: Debtors' beginning cash (non-Estate) | $ |
| | Total Receipts during this quarter: | $ 1 |
| | Total disbursements during this quarter: | $ 650 |
| | Cash balance at the end of this quarter: | $ 37,059 |
| 3. | Payments made pursuant to the Plan: | $ 650 |
| | Total paid this quarter: | $ 650 |
| | Total payments to be made pursuant to the Plan: | $ Unknown, payments depend on collections |
| | Cumulative paid to date: (corrected) | $ 127,360 |
| | Balance remaining to be made under the Plan: | $ Undetermined |

---

[1] First Report shall be filed for the portion of the calendar quarter from the date of confirmation to the end of the quarter. Subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion, or entry of a final decree closing the case. Reports shall be filed with the Court and served upon the United States Trustee not later than twenty (20) days after expiration of the reported quarter.

| | **As of the end of this reporting period,** | YES | NO |
|---|---|---|---|
| 4. | Are all payments required by the confirmed plan current at this time? [If "NO" attach explanatory statement identifying payments not made. Include creditor, amount, and date due; reason for non-payment; and an estimated date when payments will be brought current.] $25,040 is due to Debtor's counsel (BGM-2) | | X |
| 5. | Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the plan? [If "YES", attach an explanatory statement.] Insufficient collection from uncertainty of business activities | X | |
| 6. | Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to the plan and 28 U.S.C. §1930(a)(6)? | X | |
| 7. | Have all motions, contested matters, and adversary proceedings been fully resolved? [If "NO" for each motion, contested matter, or adversary proceeding attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.] | X | |
| 8. | Has the order confirming the plan become non-appealable? | X | |
| 9. | Have deposits, if any, required by the plan been distributed pursuant to the plan? [If "NO" attach an explanatory statement.] | | |
| 10. | Has any property proposed by the plan to be transferred been transferred pursuant to the plan? No transfers | | |
| 11. | Does any property remain to be transferred pursuant to the plan? [If "YES" attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the plan.] | | X |
| 12. | Has the Revested Debtor(s) or the successor of the Debtor(s) assumed the business or the management of the property dealt with by the plan? | X | |
| 13. | Anticipated date of motion for final decree: | | March 24, 2013 |

I declare under penalty of perjury that, to the best of my knowledge and analysis, the statements set forth above are true and accurate;

Dated: 4/5/2013

_____
Signature of Responsible Individual

Current address: Jon Tesar, Plan Administrator
P.O. Box 255544
Sacramento, CA 95865
Telephone Number: (916) 489-8000

Case 09-29936    Filed 04/08/13    Doc 560

4/5/2013

Moller: Receipts/Disbursements- Detail
1/1/2013 Through 3/24/2013

Page 1

| Date | Account | Num | Description | Memo | Category Cl | Amount |
|---|---|---|---|---|---|---|
| **INFLOWS** | | | | | | |
| Interest Inc | | | | | | |
| 1/8/2013 | Moller Creditor Account X0... | | Interest Earned | | Interest... R | 0.33 |
| 2/7/2013 | Moller Creditor Account X0... | | Interest Earned | | Interest... R | 0.30 |
| 3/7/2013 | Moller Creditor Account X0... | | Interest Earned | | Interest... R | 0.27 |
| 1/31/2013 | Moller Savings X3263 | | Interest Earned | | Interest... R | 0.12 |
| 2/28/2013 | Moller Savings X3263 | | Interest Earned | | Interest... R | 0.10 |
| **TOTAL Interest Inc** | | | | | | **1.12** |
| Transfer | | | | | | |
| 1/3/2013 | Moller Creditor Account X0... | | Transfer To Savings 3263 | | Transfer R | -75.00 |
| 2/3/2013 | Moller Creditor Account X0... | | Transfer To Savings 3263 | | Transfer R | -75.00 |
| 3/3/2013 | Moller Creditor Account X0... | | Transfer To Savings 3263 | | Transfer R | -75.00 |
| 1/3/2013 | Moller Savings X3263 | | From creditor Account X0012 | | Transfer R | 75.00 |
| 2/3/2013 | Moller Savings X3263 | | From creditor Account X0012 | | Transfer R | 75.00 |
| 3/3/2013 | Moller Savings X3263 | | From creditor Account X0012 | | Transfer R | 75.00 |
| **TOTAL Transfer** | | | | | | **0.00** |
| **TOTAL INFLOWS** | | | | | | **1.12** |
| **OUTFLOWS** | | | | | | |
| US Trustee's Fees | | | | | | |
| 1/30/2013 | Moller Creditor Account X0... | 1016 | ...U.S. TRUSTEE | $26,428 disbursements | US Tru... R | -650.00 |
| **TOTAL US Trustee's Fees** | | | | | | **-650.00** |
| **TOTAL OUTFLOWS** | | | | | | **-650.00** |
| | | | | | **OVERALL TOTAL** | **-648.88** |

ANTHONY ASEBEDO (State Bar No. 155105)
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 925-1265

Attorneys for Jon Tesar, Plan Administrator

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| In re:<br><br>PAUL SANDNER MOLLER &<br>ROSA MARIA MOLLER,<br>9350 Currey Road,<br>Dixon, CA 95620<br>SSN ***-**-6752/EIN 68-0006075<br>SSN ***-**-2340<br><br>Debtors. | Case No. 09-29936-C-11<br>Docket Control No. MHK-11<br><br>Date: March 13, 2013<br>Time: 10:00 a.m.<br>Dept.: C (Courtroom 35)<br><br>Hon. Christopher M. Klein |

### FINAL DECREE

The motion of Jon Tesar, Plan Administrator, for a final decree and order closing this chapter 11 case came on for hearing at the date and time indicated above, the Honorable Christopher M. Klein presiding. Appearances were noted on the record. On consideration of the motion and the record in this chapter 11 case; no opposition to the motion having been filed; and it appearing that the estate has been fully administered;

**IT IS HEREBY ORDERED** that the above-captioned chapter 11 case is closed.

Dated: March 24, 2013

_____
United States Bankruptcy Judge